**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JESSICA MOUZY,                        *
                                      *
            Plaintiff,                *
v.                                    *        No. 3:25-cv-00292-LPR-JJV
                                      *
FRANK BISIGNANO,                      *
Commissioner,                         *
Social Security Administration,       *
                                      *
            Defendant.                *

**JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is reversed and remanded for action consistent with the

opinion in this case.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g)

and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of June 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE